UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL.    )
                                  )
v.                                )        No. 3:01-1154
                                  )        Judge Higgins
TVT RECORDS INC., ET AL.          )

O R D E R

The above-styled case having been closed, it is hereby ORDERED

that:

(x ) The party or parties who submitted material under seal
     (Docket Entry No. 64) shall retrieve the same within ten
     (10) days of the date of entry of this Order on the
     docket.  If the material is not retrieved within the time
     specified, the Clerk is directed to destroy the material.

( ) The Clerk is directed to unseal the attached material and
    make them part of the record.

( ) The Clerk is directed to shred the attached sealed
    material.

( ) The Clerk is directed to maintain the attached material
    under seal.

_____
Thomas A. Higgins
United States District Judge
10-8-10